To Whom it May Concern:  1-4-13

I would like to request evidence & all police/agent reports for case no. CR-12-138-TOR-1.

Thank you.

Michael Pauckert

RECEIVED

JAN 0 9 2013

CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON