# Exhibit 1



Case 2:12-cr-00138-TOR   Document 44-1   Filed 08/22/13

8