Exhibit 2

# IDAHO DEPARTMENT OF CORRECTION
## DIVISION OF COMMUNITY CORRECTIONS
District #1
202 Anton, First Floor Suite #100
Coeur d' Alene, Idaho 83815
1-208-769-1444

## REPORT OF PAROLE VIOLATION

**DATE** April 5, 2012

**TO:** Olivia Craven
Executive Director
Idaho Commission for Pardons and Parole
Boise, Idaho 83720-1807

**NAME:** Michael James Pauckert          **IDOC:** 82700

**ADDRESS:** 9717 N Cloverleaf Road , Hauser ID 84854

**OFFENSE:** Statutory Rape 2Cts, Lewd Conduct with a Child Under 16

**DATE OF SENTENCE:** October 5, 2006

**LENGTH OF SENTENCE:** Not to exceed eight (08) years

**DATE OF PAROLE:** January 7, 2008

**LENGTH OF TIME ON PAROLE TO DATE:** Four Years, four months.

**COUNTY:** Kootenai          **JUDICIAL DISTRICT:** One

**RULE VIOLATED**
PAROLE COMMISSION SPECIAL CONDITION #1, which states:
Remain alcohol and drug free. Do not enter any establishment where alcohol is the main source of income.

**SUMMARY**
Mr. Pauckert did consume alcohol, in a bar with Felicia Murph during the weekend of July 4, 2011. Please see the attached email and photo of Mr. Pauckert taken at the bar by Felicia Murph

**RULE VIOLATED**
PAROLE COMMISSION SPECIAL CONDITION #3, which states:
Obtain a sex offender evaluation as directed by the Commission, or supervising personnel and comply

with all directives for treatment/counseling.

## SUMMARY
Mr. Pauckert failed to attend sex offender group as required by his treatment provider 4/3/2012. According to the treatment provider, Bryan Stanfill, subject was informed he would be discharged 4/10 for failure to pay his balance of $850.00. A warning letter was issued 08/15/2011 concerning Mr. Pauckert's failure to attend treatment and keep his balance current.

## RULE VIOLATED
PAROLE COMMISSION SPECIAL CONDITION #4, which states:
Do not frequent any establishments where pornographic material is the main source of income, nor possess pornographic material. The supervising officer may restrict the use of a computer.

## SUMMARY
The Sex Offender Agreement of Supervision, which Mr. Pauckert agreed to follow, does not allow the access of the Internet for any reason. Mr. Pauckert has accessed the Internet on a regular basis keeping in touch with friends and family on Facebook under the name of Che'Miguel, he has had email accounts under the name of mjpauckert@gmail.com and mpauckert@roadrunner.com and his facebook name Che' Miguel.

## RULE VIOLATED
PAROLE COMMISSION SPECIAL CONDITION #5, which states:
Submit to polygraph and/or plethsmographic testing at the request of the treatment providers and/or treatment providers and/or supervising personnel.

## SUMMARY
Mr. Pauckert was informed that he was to submit to annual polygraphs. Mr. Pauckert has not submitted to a polygraph since 10/26/2009. He was instructed to schedule a polygraph immediately May 25, 2011, which he failed to do. August 15, 2011 he was given a warning letter for failure to provide a polygraph as instructed. Mr. Pauckert was again instructed on March 12, 2012 to have a polygraph scheduled and completed by the end of the week. He scheduled a polygraph for March 29, 2012, however, he failed to attend the testing and did not call to cancel or reschedule.

## RULE VIOLATED
PAROLE COMMISSION SPECIAL CONDITION #6, which states:
You must register as a sex offender as dictated by law.

## SUMMARY
Mr. Pauckert has not been at his residence since March 28, 2012 as of this date. He is in violation of the 7 days maximum days to stay at a temporary address without registering that address.

## RULE VIOLATED

PAROLE COMMISSION SPECIAL CONDITION #7, which states:
Pay restitution as determined by the courts. You must make payment to the sentencing court for fines and fees and other assessments, which were ordered at the time of sentencing. Establish and follow a payment schedule as determined by the parole officer.

**SUMMARY**
Mr. Pauckert has not made any payments toward his restitution and court fees in Kootenai County on Case CR06-2377 or CR06-3996, original balance on each case was $250.00. Mr. Pauckert still owes $500.00 to Kootenai County. Mr. Pauckert is also being supervised on parole from Montana, he owes $1281.00 and has not made a payment since May 11, 2011 in the amount of $20.00. He was instructed to make minimum payments of $25.00 per month to each Court.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #2 (a), which states:
Parolee shall: (a) Work diligently in a lawful occupation or a program approved by the Commission or supervision officer and not change employment or designated program without written permission from the Commission or supervising officer.

**SUMMARY**
Mr. Pauckert is not working and has not been employed full-time for approximately one year and a half.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #5 (a), which states:
Parolee will: (a) Obey all municipal, county, state and federal laws.

**SUMMARY**
Mr. Pauckert is currently in violation of Sex Offender Registration Laws and is not living at his registered address.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #5 (c), which states:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
On or about July 4, 2011, Mr. Pauckert entered a bar and consumed alcohol with Felicia Murph in violation of number (8) the agreement of supervision prohibiting the drinking of alcoholic beverages.

**RULE VIOLATED** PAROLE COMMISSION CONDITION #5 (c), which states: Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

12

**RULE VIOLATED**
<u>PAROLE COMMISSION CONDITION #5 (c), which states</u>:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert has violated condition (7) of the sex offender agreement of supervision which prohibits Mr. Pauckert from being around minor children without the presence of an approved chaperone. Mr. Pauckert was the minor child of Felicia Murph age 9 and Cesley Amber Ross, 18 months of age. Neither women are approved chaperones.

**RULE VIOLATED**
<u>PAROLE COMMISSION CONDITION #5 (c), which states</u>:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert has violated condition (8) of the sex offender agreement of supervision prohibiting him from having a relationship without the approval of his treatment provider and parole officer. Mr. Pauckert entered into a relationship with a woman from Cheney, Washington which resulted in a son, named Honor, who was born December , 2011. Neither his parole officer or treatment provider where made aware of the relationships.

**RULE VIOLATED**
<u>PAROLE COMMISSION CONDITION #5 (c), which states</u>:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert has violated condition (9) of the sex offender agreement of supervision which prohibits Mr. Pauckert from entering a relationship with a woman who has primary or shared custody of a minor under the age of 18. Mr. Pauckert entered into a relationship in July, 2011 with Felicia Murph, mother of a nine year old child and currently pregnant with a child belonging to Mr. Pauckert. Mr. Pauckert entered into a relationship in August, 2011 with a female known as Cesley who has custody of an 18 month old child.

**RULE VIOLATED**
<u>PAROLE COMMISSION CONDITION #5 (c), which states</u>:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert has violated condition (10) of the sex offender agreement of supervision stating that he

13

will observe curfew restrictions as directed by his probation officer. Mr. Pauckert has totally ignored his 6 pm curfew restriction placed on him by his probation officer while he is not working, has a COS balance of $100.00 or more or when he owes his treatment provider $100.00 or more.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #5 (c), which states:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert violated condition (17) of the sex offender agreement of supervision which states the offender will pay financial obligations incurred for counseling and treatment. Mr. Pauckert has spent half of his parole not attending treatment due to having not paid his treatment fees.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #10, which states:
The parolee will make him/herself available for supervision and will not actively avoid supervision.

**SUMMARY**
Mr. Pauckert failed to come to his scheduled office visit at 10am March 21, 2012. He was instructed to come in for an appointment April 2 at 1pm and failed to come in for that appointment. Mr. Pauckert has ignored attempts to have him call his parole officer. He is no longer residing at his known address.

**INTERMEDIATE SANCTIONS**
- 1800 curfew while unemployed with, including weekend house arrest.
- Two Warning letters, March 2009 and August 2011.
- Sex offender treatment with Bryan Stanfill.
- Financial class through the Department of Correction.

**RECOMMENDATION /COMMENTS**

It is recommended that a **PAROLE COMMISSION WARRANT** be issued for the arrest of Michael James Pauckert, and that he be brought before the Commission for further parole violation proceedings. Should Mr. Pauckert be found to have violated the terms of his parole, it is recommended that he lose two years of his street time.

Respectfully submitted,

                                                    Marla Howard
                                                    Senior Probation/Parole Officer

APPROVED:_____
                Chris Haugland, Section Supervisor
                Community Correction, District # 1

## CERTIFICATION

THE ABOVE DOCUMENTED INFORMATION, WHICH IS IN WRITING, IS KNOWN BY ME TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

                                                    Marla Howard

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC FOR THE STATE OF IDAHO, THIS 5th DAY OF APRIL 2012.

                                                    NOTARY PUBLIC,

                                                    Residing at_____

                                                    My commission expires on_____

IDAHO DEPARTMENT OF CORRECTION
DIVISION OF COMMUNITY CORRECTIONS
District #1
202 Anton, First Floor Suite #100
Coeur d' Alene, Idaho 83815
1-208-769-1444

## ADDENDUM TO THE
## REPORT OF PAROLE VIOLATION

**DATE** May 30, 2012

**TO:** Olivia Craven
Executive Director
Idaho Commission for Pardons and Parole
Boise, Idaho 83720-1807

**NAME:** Michael James Pauckert   **IDOC:** 82700

**ADDRESS:** Unknown

**OFFENSE:** Statutory Rape 2Cts, Lewd Conduct with a Child Under 16

**DATE OF SENTENCE:** October 5, 2006

**LENGTH OF SENTENCE:** Not to exceed eight (08) years

**DATE OF PAROLE:** January 7, 2008

**LENGTH OF TIME ON PAROLE TO DATE:** Four Years, five months.

**COUNTY:** Kootenai   **JUDICIAL DISTRICT:** One

**RULE VIOLATED**
PAROLE COMMISSION SPECIAL CONDITION #6, which states:
You must register as a sex offender as dictated by law.

**SUMMARY**
Mr. Pauckert has not been at his residence since March 28, 2012 as of this date. He is in violation of the 7 days maximum days to stay at a temporary address without registering that address. Mr. Pauckert is facing charges for failure to register in Kootenai County and in Spokane County, Washington. According to Sex Offender Task Force investigator, Paul Farina, it is also being considered by the Federal Government for charges of Failure to Register.

16

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #5 (a), which states:
Parolee will: (a) Obey all municipal, county, state and federal laws.

**SUMMARY**
On or about May 24, 2012, Mr. Pauckert was arrested in Spokane, Washington for being in possession of a homemade bomb. According to law enforcement contacts, the Federal Government is pursuing charges in this matter.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #5 (a), which states:
Parolee will: (a) Obey all municipal, county, state and federal laws.

**SUMMARY**
Mr. Pauckert purchased a firearm from a family member of his girlfriend with whom he was living with in Spokane, Washington. According to law enforcement contacts, the Federal Government is pursuing charges in this matter.

**RULE VIOLATED** PAROLE COMMISSION CONDITION #5 (c), which states: Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert has violated condition (7) of the sex offender agreement of supervision which prohibits Mr. Pauckert from being around minor children without the presence of an approved chaperone. At the time of his arrest on or about May 24, 2012, Mr. Pauckert was living in the home with an 18 to 24 month old minor child who was the child of his then girlfriend, Cesley Dodge.

**RULE VIOLATED**
PAROLE COMMISSION CONDITION #5 (c), which states:
Parolee shall: (a) Follow written or oral instructions of the parole officer or Parole Commission.

**SUMMARY**
Mr. Pauckert has violated condition (8) of the sex offender agreement of supervision prohibiting him from having a relationship without the approval of his treatment provider and parole officer. Mr. Pauckert entered into a relationship with Cesley Dodge from Spokane, Washington with whom he was living at the time of his arrest. According to a statement made to Parole Officer Andrew Nelson by Mr. Pauckert, this girlfriend had also been pregnant with his child but had recently suffered a miscarriage.

## CERTIFICATION

THE ABOVE DOCUMENTED INFORMATION, WHICH IS IN WRITING, IS KNOWN BY ME TO BE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

*Marla Howard*
Marla Howard

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC FOR THE STATE OF IDAHO, THIS 30th DAY OF MAY 2012.

*Jarod Cash*
NOTARY PUBLIC,

Residing at Coeur d'Alene

My commission expires on 7/7/15

18