# EXHIBIT "A"

Honorable Judge Rice,

   You get to hear from me in increments I guess! I am Mikey's adoptive mom, Dru, and admittedly it is difficult to write only one letter that sums up a person's life so please bear with my second letter and the video prepared for you. I think it important to know that Mikey' mother was a drug addict and actively ingesting illegal drugs during her pregnancy. Her drug of choice was cocaine. Cocaine addicted babies have changes to the part of their brain that affects behavior and impulse control. Mikey's biological father, Brian Snoddy, told me that Mikey was on a daily basis exposed during his fetal stages to "magic" mushrooms, cocaine, marijuana, and alcohol.

   I first knew of Mikey when I worked with his biological grandmother in Los Angeles in 1986. She and I were friends and spent every lunch hour together for more than a year. When her daughter (Mikey's biological mother, Robin) gave birth, I was first told about Robin's constant drug and alcohol abuse during her pregnancy and her decision to adopt out. Mikey's bio-grandmother told me of her certainty that Mikey could likely suffer effects of Robin's drug abuse and the possibility that he was a mixed race baby. Mikey was given to the custody state of the California as a infant on condition promised to Robin that he would go directly into an adoptive home, not foster care. On Mikey's fourth day of life, Robin learned that she had been lied to about his placement and that Mikey indeed was in a foster home. She was furious about this as twenty-six years ago the California family courts for adoption had a three year backlog compounded by the fact that the State had no idea into what "color" family a mixed baby belonged. Most kids in Mikey's situation at the time aged out in the foster care system instead of an adoption. Robin and her mother called me and asked if my husband and I could adopt as we maintained residency in Idaho where private adoption is legal. Then Robin demanded that California Social Services return her son since they had mislead her. Robin gave my husband and I legal guardianship of baby Mikey and we completed his adoption in Idaho.

   Looking back at his infancy, I know the effects of the drugs on his development showed as a need for constant rocking and comforting. His language skills did not develop normally and he needed two years of speech therapy before he was three. I taught him preschool at home(he learned to read before he went to kindergarten). When he first went to public school his kindergarten teacher asked me to stay in the classroom with him because he was able to participate normally with the other students as long as I was in the near vicinity. This continued through first and second grade. Mikey's second grade teacher told me that she had never seen a student who misbehaved until the parent was present, then as long as I stayed at school with him, he behaved. The teacher suggested medication. At the time I was opposed to that, as I believed loving Mikey would be enough, and so chose to home-school him. For his third grade, he stayed at home with me. Forth grade was in a small private parochial school from which he was expelled I believe on racist grounds. For fifth grade I again home-schooled him and sent him back to public school for sixth grade thru eleventh when he dropped out.

   In 2010 Mikey was able to meet his biological father, and this was a huge blessing for Mikey. Meeting a happy adult black male made my son walk taller. I know for Mikey, his ethnicity is very important and he got no exposure to a peer group growing up in North Idaho. When Mikey is finished serving his time, he looks forward to continuing to bond with his biological father and extended family. I am supportive of this as Brian Snoddy(bio-dad) has been clean and sober since

31

he was seventeen and has a huge loving successful and talented family who love Mikey as much as we do.

    Thank you again for reading my letters, and considering all these things as you sentence Mikey. I am hoping that my son can soon take his place again as a father and law abiding citizen, with a bright future sharing what he has learned with those who count on him for example.

   With prayers and respect,
      Dru Pauckert