# EXHIBIT "B"

Case 2:12-cr-00138-TOR   Document 59-2   Filed 09/17/13

# Developmental Effects on a Child Born to Drug Addiction

Filed under Drug Addiction {14 comments}

Being addicted to drugs is rough and can be a hard battle to win, but **it can be won.** However, being addicted to drugs while pregnant can be a battle someone innocent never should have to fight. If you find yourself pregnant while under drug addiction, be open and honest with your doctor. Tell him immediately because the development effects of children born to drug addiction can be permanent.

**What should a woman do if she finds herself addicted to drugs and pregnant?**

She should do everything in her power to stop taking drugs. It has long been known that whatever a woman takes in pregnancy will almost always cross over to the unborn child.

Alcoholic mothers greatly increase their baby's risk of alcoholics developing Fetal Alcohol Syndrome. Children born to women battling drug addiction are not only at risk of become dependent on drugs. They can have a smaller birth weight. They can have problems with sleeping and with developing mentally which is a catch-22 if a mother is drug addicted because she can also abuse the child due to her own psychological problems, high expectations and lack of patience.

Other **developmental problems** include not being good at interacting socially with other children their ages, whether as toddlers or school-age children. Their language skills, their comprehension, learning how to share and take part in a social environment; all of these are more difficult for a child who has been damaged before birth by a mother's drug addiction.

Behavioral problems, both in the child and in the drug addicted parent, makes things especially hard on the child. A drug addicted parent should be taught how to focus on the child and how to become a good parent, starting with monitoring and detox as soon as possible under the medical care of a physician.

**A child born to a drug addicted mother has most likely become addicted too.**

If it has been established that a child's development has been affected, much can be done to correct it, or deal with it in ways that can help the child learn and progress more effectively. If you are

pregnant and on drugs or alcohol, then the best thing you can do as a parent is to **get help immediately**, not just for yourself but for your child as well.

## Related Posts:

- To All Fathers
- A Mother's Love
- 3 Big Mistakes Parents Do When Talking Drugs to their Kids
- Narconon Encourages Parents to Talk Drugs to their Kids
- Addiction Prevention Tips from Narconon: Ten Signs that Your

Be Sociable, Share!



← Next post  Previous post →

## Article by Nick Hayes

       Nick Hayes is a graduate of the Narconon drug rehab program in 2005. Nick takes much enjoyment in writing, and feels there needs to be more information about drugs and alcohol provided to the people of the world. He believes nobody should have to go through an addiction.
Nick Hayes tagged this post with: born, child, developmental, developmental problems, drug addict, effects, pregnant, side effects on pregnancy Read 255 articles by Nick Hayes

**17 comments**                                                                                         ★ 0

       Leave a message...

Best ▼    Community                                                                 Share 📤  ⚙ ▼

    diannerudd · 4 years ago
    Hi, I was hoping someone may be able to give me some tips on how to positively disipline my seven year old step son who was born with problems from his mothers use of a few different drugs - dope, meth, oxy's and alcahol-
    He's a bright boy learns quick and etc but will not accept losing or not being the boss no matter how we have tried to disipline him over four years, he is actually getting worse and is physically violent at most times where he will punch me or others in the head or spine. I've exhausted every avenue for assistance here, including child protection services , local and federal parliment.

    2 ∧ ∨    Reply    Share ›

- Drug Addiction
    - Alcohol Addiction
    - Cocaine Addiction
    - Crack & Drug Addiction
    - Oxycontin Addiction
    - Crystal Meth Addiction
    - Heroin Addiction
- Substance Abuse
    - Alcoholism Prevention
    - Crime And Addiction
    - Drinking and Driving
- Drug and Alcohol Fact Sheets
    - Drug Addiction Stories
        - Drug Rehabilitation Stories
- Drug Treatment
    - Alcohol Addiction Treatment
    - Intervention
        - Message to Teenagers
    - Drug Rehabilitation
        - Overcoming Addiction
- Narconon Events
    - Recovery Month
    - Drug Prevention News
    - Success Stories from Narconon

- RSS :
- Posts
- Comments

# Drug Rehab Blog

## Narconon Drug Rehab Blog News Center

- Narconon Addiction Treatment
- OxyContin Addiction Treatment
    - OxyContin Side Effects
- Heroin Addiction & Rehab

[Type and hit enter to Sea]

Written on January 6, 2010 at 10:51 AM by Nick Hayes