UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JAMES PAUCKERT,<br><br>Defendant. | NO: 12-CR-0138-TOR<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on September 13, 2013, the Court entered the Preliminary Order of Forfeiture (ECF No. 51) in accordance with 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), concerning the following assets:

-a six shot .38 Smith and Wesson Revolver, Serial Number: V448122; and,

-50 Remington .38 rounds of ammunition

WHEREAS, the assets are in the custody of the United States, and pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the United States published notice of the forfeiture. ECF No. 93.

FINAL ORDER OF FORFEITURE ~ 1

WHEREAS, the time for filing petitions for said assets, as provided in Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), has expired, and no petition or claim for said assets was filed by any person or entity.

WHEREAS, Defendant MICHAEL JAMES PAUCKERT was sentenced on October 20, 2015 and his interests in said assets were forfeited. ECF No. 98 at 6.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for Order Declaring the Preliminary Order of Forfeiture Final, ECF No. 94, is **GRANTED**.

2. The assets are hereby forfeited to the United States free and clear of all interests of any other person or entity.

3. The forfeited assets shall be disposed of by the United States in accordance with law.

The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** October 22, 2015.

THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE ~ 2